FILED
CLERK, U.S. DISTRICT COURT

MAY 10 2008

CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS R. URRUTIA,<br><br>    Petitioner,<br><br>    v.<br><br>DEBRA DEXTER, WARDEN<br><br>    Respondent. | NO. SACV 07-00403-PA(CT)<br><br>JUDGMENT |

Pursuant to the Order Accepting the Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the petition is denied and dismissed with prejudice.

DATED: May 10, 2008

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE